**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00012-BNB

TOMMY WAYNE BRISTOL,

    Plaintiff,

v.

EL PASO COUNTY SHERIFF DEP.,
STATE OF COLORADO,
DEPUTY C. MOTT, and
DEPUTY N.  NUNCIO,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the letter (ECF No. 13) Plaintiff submitted on March 6, 2014, asking for a copy of the Court-approved Prisoner Complaint form to use in submitting the amended Prisoner Complaint he was ordered to submit on February 10, 2014 (ECF No. 8), and allowed an additional thirty days to submit by minute order entered on February 26, 2014 (ECF No. 10).  The request will be GRANTED.

    The clerk of the Court is directed to mail to Plaintiff, together with a copy of this minute order, a copy of the Court-approved form for filing a Prisoner Complaint.  The Court does not mail out return envelopes and, therefore, none will be mailed.  Plaintiff will be allowed **thirty (30) days from the date of this minute order** in which to comply with the February 10 order for an amended complaint.  Failure to do so within the time allowed may result in the dismissal of this action.

Dated:  March 11, 2014