IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00012-RM-KLM

TOMMY WAYNE BRISTOL,

    Plaintiff,

v.

EL PASO COUNTY SHERIFF DEPT.,
C. MOTT, Deputy, and
N. NUNCIO, Deputy,
DORSEY, Deputy,
HOLLOWAY, Deputy,
HARE, Deputy,
ELMANTE, Deputy,
JEFFERSON, Deputy,
SORY, Deputy,
GOODLOW, Deputy,
SIRDIS, Deputy,
JOHNSON, Specialist,
SEETER, Deputy, and
HABERT, Sergeant, in his individual capacity,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion to Dismiss Plaintiff's Amended Complaint (Doc. 36) Pursuant to Fed. R. Civ. P. 8, 12(b)(1) and 12(b)(6)** [#60] (the "Motion"). The Motion was filed on January 15, 2015. Plaintiff, who proceeds in this matter as a pro se litigant, has neither filed a Response to the Motion nor requested an extension of time in which to do so.

    IT IS HEREBY **ORDERED** that **on or before April 13, 2015**, Plaintiff shall file a Response to the Motion. **Failure to comply with this order may result in Plaintiff's case being dismissed for failure to prosecute.**

    Dated: March 23, 2015